# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

JASON HOGAN,

    Plaintiff,

v.                                        CASE NO. 4:13cv558-RH/CAS

METALFORMING, INC.,

    Defendant.

_____/

## ORDER GRANTING LEAVE TO FILE
## THE THIRD-PARTY COMPLAINT

The defendant's amended motion, ECF No. 13, for leave to file its third-party complaint is GRANTED. The third-party complaint, ECF No. 13 at 3-9, is deemed properly filed as of March 3, 2014.[1]

SO ORDERED on March 1, 2014.

                                        s/Robert L. Hinkle
                                        United States District Judge

---

[1] This order has been entered without awaiting the plaintiff's response to the motion for leave. The parties' Federal Rule of Civil Procedure 26(f) report set a deadline of March 15 to join third parties. The plaintiff thus apparently has already consented to the filing. But if the plaintiff objects, the plaintiff may promptly move to reconsider this order.